UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

REGINALD C. MORELAND, JR.,
                     DEBTOR.
_____/

CHAPTER 13
CASE NO. 19-48894-MBM
JUDGE MARCI B. MCIVOR

## TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF CAVALRY SPV I, LLC AS ASSIGNEE OF TD AUTO FINANCE, LLC / CHRYSLER FINANCIAL (PACER CLAIM NO. 2-1)

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1), and in support thereof states as follows:

1. Based on the documentation attached to the Proof of Claim, enforcement of the underlying claim is barred by the applicable Statute of Limitations. Accordingly, the Proof of Claim must be disallowed pursuant to 11 U.S.C. Section 502(b)(1).

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court disallow the Proof of Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1) on June 18, 2019 in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial.

                               OFFICE OF DAVID WM. RUSKIN, STANDING
                               CHAPTER 13 TRUSTEE

Dated: August 13, 2019      By: __/s/ Lisa K. Mullen_____
                                        DAVID WM. RUSKIN (P26803)
                                        LISA K. MULLEN (P55478)
                                        THOMAS D. DECARLO (P65330)
                                        1100 Travelers Tower
                                        26555 Evergreen Road
                                        Southfield, MI 48076-4251
                                        Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

                                                    CHAPTER 13

REGINALD C. MORELAND, JR.,         CASE NO. 19-48894-MBM
                       DEBTOR.         JUDGE MARCI B. MCIVOR
_____/

**(PROPOSED)**
**ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF**
**CAVALRY SPV I, LLC AS ASSIGNEE OF TD AUTO FINANCE, LLC / CHRYSLER**
**FINANCIAL (PACER CLAIM NO. 2-1)**

      This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

      IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1) on June 18, 2019 in the amount of $13,348.18 is disallowed;

      IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

                                                  EXHIBIT 1

Form B20B (Official Form 20B)
12/1/2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN RE:<br>REGINALD C. MORELAND, JR.,<br>                  DEBTOR.<br>AKA or DBA (if any: | CHAPTER 13 Proceeding<br>CASE NO. 19-48894-MBM<br>JUDGE MARCI B. MCIVOR |

Address(es):
25775 Catalina St.
Southfield, MI 48075-0000

, -

Social Security Number(s):
XXX-XX-2787

Employer's Tax Identification (EIN) No(s). (if any):
_____/

**NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF CAVALRY SPV I, LLC AS ASSIGNEE OF TD AUTO FINANCE, LLC / CHRYSLER FINANCIAL (PACER CLAIM NO. 2-1)**

    The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

  **Your claim may be reduced, modified, or disallowed.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to deny or change your claim, then on or before September 19, 2019 you or your lawyer must:

    1.      File with the court a written response to the objection, explaining your position, at:

            U.S. Bankruptcy Court
            211 W. Fort Street, Suite 2100
            Detroit, MI 48226

        If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

        You must also mail a copy to:

        John A Steinberger & Associates Pc, 17515 West Nine Mile Rd #420, Southfield, MI 48075-0000
        David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI 48076
        CAVALRY SPV I, LLC AS ASSIGNEE OF TD AUTO FINANCE, LLC / CHRYSLER FINANCIAL, 500 SUMMIT LAKE DRIVE, STE. 400, VALHALLA, NY 10595

    2.      Attend the hearing on the objection, scheduled to be held on September 26, 2019, at 10:00 a.m., in Courtroom 1875, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

                        OFFICE OF DAVID WM. RUSKIN, STANDING
                        CHAPTER 13 TRUSTEE

Dated: August 13, 2019        By: \_\_\_/s/ Lisa K. Mullen_____
                                 DAVID WM. RUSKIN (P26803)
                                 LISA K. MULLEN (P55478)
                                 THOMAS D. DECARLO (P65330)
                                 Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                                 1100 Travelers Tower
                                 26555 Evergreen Road
                                 Southfield, MI 48076-4251
                                 Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN RE:**

| | |
|---|---|
| Reginald C. Moreland, Jr., <br>                 DEBTOR. <br> _____/ | CHAPTER 13 <br> CASE NO. 19-48894-MBM <br> JUDGE MARCI B. MCIVOR |

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF
CLAIM FILED ON BEHALF OF CAVALRY SPV I, LLC AS ASSIGNEE OF TD AUTO
FINANCE, LLC / CHRYSLER FINANCIAL (PACER CLAIM NO. 2-1)**

      I hereby certify that on August 13, 2019, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1) With (Proposed) Order Disallowing the Proof of Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1), Notice of Objection to Claim filed on behalf of Cavalry SPV I, LLC As Assignee Of TD Auto Finance, LLC / Chrysler Financial (PACER Claim No. 2-1) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      The following parties were served electronically:

            JOHN A STEINBERGER & ASSOCIATES PC
            17515 WEST NINE MILE RD #420
            SOUTHFIELD, MI  48075-0000

      The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

            REGINALD C. MORELAND, JR.
            25775 CATALINA ST.
            SOUTHFIELD, MI  48075-0000

            CAVALRY SPV I, LLC AS ASSIGNEE OF
            TD AUTO FINANCE, LLC / CHRYSLER FINANCIAL
            500 SUMMIT LAKE DRIVE, STE. 400,
            VALHALLA, NY 10595

                              \_\_\_\_\_/s/ Vanessa Wild_____
                              Vanessa Wild
                              For the Office of David Wm. Ruskin
                              Chapter 13 Standing Trustee-Detroit
                              1100 Travelers Tower
                              26555 Evergreen Road
                              Southfield, MI 48076-4251
                              (248) 352-7755